1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRUCE WAYNE MORRIS,                        No.  2:25-cv-2678 DJC AC P

12                  Petitioner,

13          v.                                   ORDER

14    SIERRA COUNTY CLERKS OFFICE, et
      al.,
15
                  Respondent.
16

17

18          Petitioner, a state prisoner proceeding pro se, filed an application for a writ of

19    habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United

20    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On October 8, 2025, the Magistrate Judge filed findings and recommendations

22    herein which were served on Petitioner and which contained notice to Petitioner that

23    any objections to the findings and recommendations were to be filed within fourteen

24    days.  ECF No. 9.  Petitioner filed objections to the findings and recommendations.

25    ECF No. 10.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

27    304, this Court has conducted a *de novo* review of this case.  Having carefully

28    reviewed the entire file, the Court finds the findings and recommendations to be

                                              1

1  supported by the record and by proper analysis.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1.  The findings and recommendations (ECF No. 9) are adopted in full;

4  2.  The petition for writ of habeas corpus is summarily dismissed without

5  prejudice to re-filing as a § 1983 civil rights action or as an action in state court;

6  3.  The Court declines to issue the certificate of appealability referenced in 28

7  U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a

8  constitutional right, *see* 28 U.S.C. § 2253(c)(2); and

9  4.  The Clerk of the Court is directed to close this case.

10

11  IT IS SO ORDERED.

12  Dated:   **November 7, 2025**

Hon. Daniel J. Calabretta
13  UNITED STATES DISTRICT JUDGE

14

15

morr2678.804.hc.jo
16

17

18

19

20

21

22

23

24

25

26

27

28

2